FILED US District Court-UT
SEP 01 '21 PM01:26

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. ALI MUNDER Al-REKABI, Defendant. | INDICTMENT<br><br>COUNT 1: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)<br><br>Case: 2:21-cr-00362<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 9/1/2021 |
|---|---|

The Grand Jury charges:

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

On or about July 13, 2021, in the District of Utah,

**ALI MUNDER AL-REKABI,**

defendant herein, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, to wit: one Sig Sauer .45 caliber handgun and Federal Auto Brand ammunition, and the

1

firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

ANDREA T. MARTINEZ
Acting United States Attorney

*Jamie Thomas*
_____
JAMIE Z. THOMAS
Assistant United States Attorney