ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:(801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALI MUNDER AL-REKABI, <br><br> Defendant. | Sealed Case No. 2:21-CR-00362-RJS <br><br> PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

    The United States Attorneys for the District of Utah respectfully shows this Honorable Court that ALI MUNDER AL-REKABI now being confined at the Davis County Jail, under the authority of the State of Utah, is to appear remotely via Zoom in the United States District Court for the District of Utah before the Honorable Magistrate Judge Cecilia M. Romero on the 27th day of January 2021, at 10:30 a.m., on the charge of Felon in Possession of a Firearm, and it is necessary that the defendant be present in person, or remotely, on said date, during proceedings, appearances, and final disposition of the case;

    NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court do forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal for the District of Utah, or any other United States Marshal, or Special

Agent of the Project Safe Neighborhoods Task Force, requiring him to serve said Writ on the Warden, or Superintendent, or custodian of any place or institution where ALI MUNDER AL-REKABI is confined, and requiring said U.S. Marshal or Special Agent to produce ALI MUNDER AL-REKABI before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold ALI MUNDER AL-REKABI at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return ALI MUNDER AL-REKABI to the institution wherein now confined.

DATED this 6th day of January 2022.

ANDREA T. MARTINEZ
United States Attorney

*/s/ Jamie Z. Thomas*
JAMIE Z. THOMAS
Assistant United States Attorney